LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229  Facsimile
tocollect@aol.com   E-Mail


Attorneys for the Defendants:
STEVEN D. SILVERSTEIN, RON ELTER, and GRE DEVELOPMENT, INC. as agents and Trustee of the Via Corbina Trust #4

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN D. SILVERSTEIN, RON ELTER, GRE DEVELOPMENT, INC., Individually and as agents for and Trustee of the Via Corbina Trust #4 JOHN MURK, DIANNE D'AGNOLO, The Honorable, SANDRA HUTCHENS, THE SHERIFF OF ORANGE COUNTY, CAL-WESTERN RECONVEYANCE, WELLS FARGO BANK, N.A., DENNIS STACY, COLDWELL BANKER, and JOHN & | CASE NO: SACV09-1072 DOC(Ex)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br>(F.R. C.P. RULE 12)<br><br>DATE: November 16, 2009<br>TIME: 8:30 a.m.<br>COURTROOM: 9D<br>(reserved) |

| | |
|---|---|
| 1 | JANE DOES 1-20, |
| 2 | |
| 3 | Defendants. |

4  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

5  Please take notice on November 16, 2009, at the hour of 8:30 a.m. or as

7  soon thereafter as counsel may be heard in Courtroom 9D of the above-entitled

8  Court located at 411 West Fourth Street, Santa Ana, California 92701, the

9  Defendants, STEVEN D. SILVERSTEIN, RON ELTER, and GRE

11  DEVELOPMENT, INC. as agents and Trustee of the Via Corbina Trust #4

12  will move this Court to Dismiss the Complaint in this action.

14  This Motion will be made upon its papers and filings, the Memorandum of

15  Points and Authorities as well as such oral argument that may occur at the

16  hearing in this action should this Court invite oral argument.

18  This motion is made following the conference of counsel pursuant to L.R.

19  7-3 which took place on October 9, 2009.

Respectfully submitted,

LARRY ROTHMAN & ASSOCIATES

Dated:   October 13, 2009

_____
LARRY ROTHMAN,
Attorney for Defendants:
STEVEN D. SILVERSTEIN, RON ELTER, and GRE DEVELOPMENT, INC. as agents and Trustee of the Via Corbina Trust #4

# PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: City Plaza, 1 City Boulevard West, Suite 850, Orange, California 92868

On October 13, 2009, served the foregoing document described as:

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE (F.R. C.P. RULE 12)**

on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

**Charles Edward Lincoln, III**
**c/o Dr. Orly Taitz, Attorney At Law**
**29839 S. Margarita Parkway**
**Rancho Santa Margarita, California 92688**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 13, 2009, at Orange, California.

LARRY ROTHMAN