1  LARRY ROTHMAN & ASSOCIATES
2  LARRY ROTHMAN – State Bar No. 72451
   City Plaza
3  1 City Boulevard West, Suite 850
4  Orange, California 92868
   (714) 363 0220  Telephone
5  (714) 363 0229  Facsimile
6  tocollect@aol.com   E-Mail

7

8  Attorneys for the Defendants:
   STEVEN D. SILVERSTEIN, RON ELTER, and GRE
9  DEVELOPMENT, INC. as agents and Trustee of the
10 Via Corbina Trust #4

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN D. SILVERSTEIN, RON ELTER, GRE DEVELOPMENT, INC., Individually and as agents for and Trustee of the Via Corbina Trust #4 JOHN MURK, DIANNE D'AGNOLO, The Honorable, SANDRA HUTCHENS, THE SHERIFF OF ORANGE COUNTY, CAL-WESTERN RECONVEYANCE, WELLS FARGO BANK, N.A., DENNIS STACY, COLDWELL BANKER, and JOHN & | CASE NO: SACV09-1072 DOC(Ex)<br><br>DECLARATION OF LARRY ROTHMAN RE: MEET AND CONFER<br><br>DATE: November 16, 2009<br>TIME: 8:30 a.m.<br>COURTROOM: 9D<br>(reserved) |

1

JANE DOES 1-20,

Defendants.

# DECLARATION OF LARRY ROTHMAN

I, LARRY ROTHMAN, declare as follows:

1. That I am an attorney, licensed to practice law in all Courts of the State of California and this District Court and that I have personal knowledge of all facts set forth in this Declaration. forth in this Declaration or base this statements on the best of my information and belief.

2 Pursuant to Local Rule 7-3, on October 9, 2009, at 10:50 a.m., I contacted and spoke with the Plaintiff, Charles Edward Lincoln, III concerning my intended Motion to Dismiss. We discussed the problems I believed concerned the allegations in the compliant including the causes of action and lack of diversity.

3 After a cordial conversation, Mr. Lincoln disagreed with my contentions thus this Motion is being filed.

I declare under penalty of perjury that the facts set forth in this Declaration are true and correct and that this Declaration was signed in Orange, California, on October 13, 2009.

_____
LARRY ROTHMAN,
DECLARANT

# PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: City Plaza, 1 City Boulevard West, Suite 850, Orange, California 92868

On October 13, 2009, served the foregoing document described as:

**DECLARATION OF LARRY ROTHMAN RE: MEET AND CONFER**

on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

**Charles Edward Lincoln, III**
**c/o Dr. Orly Taitz, Attorney At Law**
**29839 S. Margarita Parkway**
**Rancho Santa Margarita, California 92688**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 13, 2009, at Orange, California.

_____
LARRY ROTHMAN