NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

LARRY ROTHMAN (714) 363 0220 SBN 72451
LARRY ROTHMAN & ASSOCIATES
1 CITY BLVD WEST, SUITE 850
ORANGE, CA 92868

ATTORNEYS FOR: ~~PLAINTIFF~~ DEFENDANT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III<br><br>Plaintiff(s),<br><br>v.<br><br>STEVEN D. SILVERSTEIN, RON ELTER, GRE DEVELOPMENT, INC., ETAL<br><br>Defendant(s) | CASE NUMBER<br><br>SACV09-1072 DOC(Ex)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  STEVEN D. SILVERSTEIN, RON ELTER, GRE DEVELOPMENT, INC.,
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| STEVEN D. SILVERSTEIN, | DEFENDANT |
| RON ELTER | DEFENDANT |
| GRE DEVELOPMENT, INC., | DEFENDANT |

10/9/09                                   /s/ [signature]
Date                                      Sign

LARRY ROTHMAN - ATTORNEY FOR ABOVE DEFENDANTS
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

# PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: City Plaza, 1 City Boulevard West, Suite 850, Orange, California 92868

On October 13, 2009, served the foregoing document described as:

## CERTIFICATE AND NOTICE OF INTERESTED PARTIES

on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

**Charles Edward Lincoln, III**
**c/o Dr. Orly Taitz, Attorney At Law**
**29839 S. Margarita Parkway**
**Rancho Santa Margarita, California 92688**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 13, 2009, at Orange, California.

LARRY ROTHMAN