Charles Edward Lincoln
c/o Dr. Orly Taitz, Esquire
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 92688
Plaintiffs *in propia persona*



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION
### (SANTA ANA)

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III,<br>Plaintiff,<br><br>v.<br><br>STEVEN D. SILVERSTEIN,<br>RON ELTER,<br>GRE DEVELOPMENT, INC., individually<br>and as agents, and all other defendants, et al,<br>And all JOHN & JANE DOES 1-20,<br>Defendants. | Case No. SACV09-1072 DOC (Ex)<br><br>TRIAL-BY-JURY DEMANDED |

## Ex-Parte Application for Enlargement of Time, Continuance, and For LEAVE TO FILE ELECTRONICALLY (ECF)

Plaintiff Charles Edward Lincoln comes before the Court to apply for an ex-parte order (pursuant to L.R.-19 of the Central District of California) allowing an enlargement of time until Monday, November 30, 2009, to file his Response to Defendants' Motion to Dismiss, and for a continuance of the hearing date on said motion until Monday, December 14, 2009.

## NEED FOR ENLARGEMENT OF TIME AND CONTINUANCE CAUSED IN WHOLE OR IN PART BY THE ACTIONS OF THE DEFENDANTS!

The illegal and wrongful seizure of Plaintiff's property, which gave rise to this lawsuit took place on or about Thursday, September 17, 2009. Plaintiff's life has been in chaos ever since, having just arrived and hardly even MOVED INTO the house at 4 Via Corbina two weeks previously. Plaintiff submits that he has been unable to prepare for this hearing at the present time, in significant part because of the dislocations caused by Silverstein's unconscionable course of conducting the

eviction proceedings by stealth, so that Plaintiff was unaware of the proceedings EVEN THOUGH SILVERSTEIN HAD BEEN CONTACTED BY PLAINTIFF'S COUNSEL DR. ORLY TAITZ, Esq..

      Plaintiff Lincoln has never recovered from the loss of his books and papers (including the legal papers showing title to 4 Via Corbina, and Plaintiff's clothes!) occasioned approximately six weeks ago by the Defendants' "sneak attack" eviction of him. The Defendants planned, executed, and achieved their Pearl Harbor like manoeuvre carefully and deliberately by stealthily sending concealed notices (not sent to any of Plaintiff's actual known live-addresses prior to late August/early September), by refusing to communicate directly with Plaintiff's attorney, Dr. Orly Taitz, despite the fact that she contacted the Defendant Silverstein (another attorney) and informed him of her status representing Plaintiff Lincoln, and only sending notice to places here the Defendants were sure that Plaintiff would not be (such as the house at 4 Via Corbina, knowing that he was out-of-town, out-of-state, and represented by counsel).

      This was a travesty of justice and a complete denial of due process of law, especially since Defendant Silverstein failed or refused to show ANY copy of ANY deed or act of sale or transfer to Plaintiff's attorney Taitz, and has STILL failed or refused to attach any deed or act of sale or transfer to Plaintiff, or to file any with the court, even in the papers of the present case. Plaintiff, by contrast, had already filed his deeds and all other documents (including assignment of rights) from Hal Kuder, Jr., in this United States District Court for the Central District of California, Southern Division (Santa Ana). When Plaintiff sued Defendant Silverstein for "real estate piracy" it was this sneak attack modus operandi, without even willingness to show or assert the existence of legal deeds conferring legal title (i.e. no pirate "letters of marquee"), to which Plaintiff was referring. If Plaintiff had not been working on

his computer at Starbucks in Rancho Santa Margarita when Defendants' "pirates" seized the house at 4 Via Corbina, Plaintiff would not even have had his computer on which to write this motion or any other legal protests/papers.

WHEREFORE, Plaintiff prays for an addition 28 days (4 weeks) both to respond to the Motion and to prepare for the hearing, until (respectively) November 30, 2009, and December 14, 2009. It also remains possible that Plaintiff, during this time, will be able to secure the appearance of Dr. Orly Taitz, Esquire, or some other licensed California attorney, as his counsel in this case.

## EX-PARTE APPLICATION TO USE ELECTRONIC COURT FILING (ECF)

In addition, Plaintiff requests leave of Court to utilize ELECTRONIC COURT FILING in this any other actions which may be necessarily filed in the United States District Court for the Central District of California. Plaintiff, as a formerly licensed attorney in the state of California, has some knowledge of court decorum and procedure and assures this Court he will not waste the Court's time or file vexatiously meritless pleadings or motions in this or any other case if allowed the privilege of electronic filing.

WHEREFORE, Plaintiff applies to this Court for permission to use electronic filing, and promises to avail himself of all resources and courses which may be offered to ensure that he do so correctly.

## CERTIFICATE OF CONFERENCE REQUIRED BY L-R 7.4 (C.D.CA.)

As shown in Exhibit A, the undersigned Plaintiff called Larry Rothman, counsel of record for Defendant Silverstein, at approximately 12:40 p.m. on Monday, November 2, 2009, at which time they discussed several matters. Because today, Monday November, 2, 2009, is the last day upon which Plaintiff can serve and file (by overnight delivery) this Motion and still have the benefit of timely filing under

3   the Federal Rules, Plaintiff was required to file this prior to receiving Defendant
4   Silverstein's answer to Plaintiff's request for stipulation.

**CERTIFICATE OF SERVICE:**

Plaintiff will supplement this Certificate of Conference immediately if Mr. Rothman reports a stipulation to the enlargement of time, and Plaintiff will serve this Motion immediately upon the Defendant's counsel by facsimile transmission to (714) 363-0229 as well as by electronic (e-mail) attachment to Larry Rothman's e-mail address shown as tocollect@aol.com on the cover sheet of Rothman's original filing for Defendant Silverstein.

Respectfully submitted,

Monday, November 2, 2009

*[signature]*

Charles Edward Lincoln, III, pro se
c/o Doctor Orly Taitz, Esquire
29639 Santa Margarita Parkway, #100
Rancho Santa Margarita, California 92688

Telephone: 512-968-2500
Facsimile:   949-766-7603

charles.lincoln@rocketmail.com

# Exhibit A:
# Copy of E-mail Confirmation of Telephone Conference
(No further response as of Monday 11/2/09 at 3:16 p.m.)

**Von:** Charles Lincoln (charles.lincoln@rocketmail.com)
**An:** tocollect@aol.com
**Datum:** Montag, den 2. November 2009, 13:18:43 Uhr
**Betreff:** Lincoln v. Silverstein SACV09-1072 DOC (Ex)

Mr. Larry Rothman
Larry Rothman & Associates
Dear Mr. Rothman:

This is to confirm that on Monday, November 2, 2009, at approximately 12:40 pm, I called you and we spoke for 4 minutes regarding the due dates for response and hearing in Lincoln v. Silverstein SACV09-1072.

You said that you would confer with your client Mr. Steve Silverstein regarding the possibility of stipulating to a 4 week enlargement of time until November 28, 2009, to file a response to your Motion to Dismiss now set for hearing on November 16, 2009, and a corresponding continuance until December 14, 2009, of the hearing on your motion.

I also need to arrange to retrieve property (including some very valuable papers) which were or might have been removed from 4 Via Corbina, Rancho Santa Margarita, California 92688, during September.

Finally, I forgot to ask you, but would at this stage request your stipulation also, for leave to file electronically in this case, although I am still very hopeful that Dr. Taitz will represent me in the present case, as she is in the collateral action which she filed in State Court.

You said you would call me after having spoken to Mr. Silverstein, but indicated that might be as late as Tuesday morning.

In the meantime, I may need to file a Motion "Ex-Parte" with the District Court to protect myself from the risk of default under L.R. 7-12. I will certainly provide you with a copy of such a motion if I do indeed file one.

Thank you for your time, and I look forward to hearing from you.
Charles E. Lincoln

*Deo Vindice*
*"May the Lord God be with you,*
*and with thy spirit!"*
*Charles E. Lincoln, III*
   *Spiritual Patriot*
   *Tierra Limpia*
*Tel: 512.968.2500*

Prepared and Entry Requested by:
Charles Edward Lincoln
c/o Dr. Orly Taitz, Esquire
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 92688
Plaintiffs *in propia persona*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III,<br>Plaintiff,<br><br>v.<br><br>STEVEN D. SILVERSTEIN,<br>RON ELTER,<br>GRE DEVELOPMENT, INC., individually<br>and as agents, and all other defendants, et al,<br>And all JOHN & JANE DOES 1-20,<br>Defendants. | Case No. SACV09-1072 DOC (Ex)<br><br>ORDER granting ex-parte<br>APPLICATION FOR<br>ENLARGEMENT OF TIME,<br>CONTINUANCE OF HEARING<br>and Electronic Court Filing |

## ORDER GRANTING PLAINTIFF'S
### Ex-Parte Application for Enlargement of Time, Continuance, and For LEAVE TO FILE ELECTRONICALLY (ECF)

Before the Court is the Plaintiff's Ex-Parte application for (1) an enlargement of time in which to respond to Defendant's Motion to Dismiss filed October 13, 2009, (2) a continuance of the hearing now set on said motion for Monday, November 16, 2009, until Monday, December 14, 2009, and (3) Plaintiff's application for leave to use and access Electronic Court Filing.

The Court having reviewed Plaintiff's Ex-Parte application and certificate of conference with opposing counsel, it is hereby ORDERED AND ADJUDGED that Plaintiff's Motion is well-taken and should be granted.

Plaintiff Charles Edward Lincoln, III, shall accordingly have until Monday, November 30, 2009, to file his response to the Defendants' Motion to Dismiss and the hearing thereon is continued until December 14, 2009.

1
2
3    Furthermore, Plaintiff's application to utilize electronic court filing will also
4 be granted. Plaintiff is directed to follow the U.S. District Clerk's instructions on
5 how to file pleadings and motions electronically with this Court.
6    DONE AND ORDERED in Chambers in and for the United States District
7 Court for the Central District of California, Southern (Santa Ana) Division on this
8 ____ day of November 2009.

_____
The Honorable David O. Carter
United States District Judge
United States District Court
Central District of California
Southern (Santa Ana) Division