FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Prepared and Entry Requested by:
Charles Edward Lincoln
c/o Dr. Orly Taitz, Esquire
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 92688
Plaintiffs *in propia persona*

**NOTE CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III,<br>Plaintiff,<br><br>v.<br><br>STEVEN D. SILVERSTEIN,<br>RON ELTER,<br>GRE DEVELOPMENT, INC., individually<br>and as agents, and all other defendants, et al,<br>And all JOHN & JANE DOES 1-20,<br>Defendants. | Case No. SACV09-1072 DOC (Ex)<br><br>ORDER granting ex-parte<br>APPLICATION FOR<br>ENLARGEMENT OF TIME,<br>CONTINUANCE OF HEARING<br>and Electronic Court Filing |

## ORDER GRANTING PLAINTIFF'S
### Ex-Parte Application for Enlargement of Time, Continuance, and For LEAVE TO FILE ELECTRONICALLY (ECF)

Before the Court is the Plaintiff's Ex-Parte application for (1) an enlargement of time in which to respond to Defendant's Motion to Dismiss filed October 13, 2009, (2) a continuance of the hearing now set on said motion for Monday, November 16, 2009, until Monday, December 14, 2009, and (3) Plaintiff's application for leave to use and access Electronic Court Filing.

The Court having reviewed Plaintiff's Ex-Parte application and certificate of conference with opposing counsel, it is hereby ORDERED AND ADJUDGED that Plaintiff's Motion is well-taken and should be granted.

Plaintiff Charles Edward Lincoln, III, shall accordingly have until Monday, November 30, 2009, to file his response to the Defendants' Motion to Dismiss and the hearing thereon is continued until December 14, 2009 at 8:30 a.m.

---

ORDER GRANTING PL'S MOTION FOR ENLARGEMENT OF TIME - 1 -
CONTINUANCE OF HEARING, AND FOR ELECTRONIC FILING

*Prepared and Entry requested by the Plaintiff Charles Edward Lincoln, III On November 2, 2009*

With regard to Plaintiff's application to utilize electronic court filing, pursuant to the General Order 07-08, III, B, entitled Pro Se Litigants, "Documents filed by pro se litigants will continue to be filed and served in the traditional manner and will be scanned by the Clerk's Office into the electronic filing system. Therefore, Plaintiff's application is DENIED.

IT IS SO ORDERED.

DATE: November 12th, 2009

_____
Honorable David O. Carter
U.S. District Judge