LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229  Facsimile
tocollect@aol.com   E-Mail


Attorneys for the Defendants:
STEVEN D. SILVERSTEIN, RON ELTER, and GRE
DEVELOPMENT, INC. as agents and Trustee of the
Via Corbina Trust #4

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| CHRISTYNA LYNN GRAY, CHARLES EDWARD LINCOLN, III, RENADA NADINE MARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN D. SILVERSTEIN, RON ELTER, GRE DEVELOPMENT, INC., Individually and as agents for and Trustee of the Via Corbina Trust #4 CHRISTOPHER ARCHULETA, MERS(Mortgage Electronic Registration Services), other unnamed Attorney, Defendants, John and Jane Does 1-10, MEGLADON FINANCIAL, LLP. ATLAS PROPERTIES REAL ESTATE, JAMES RADWAN, ROCHELLE MATKIN | CASE NO:  SACV09-1072 DOC(Ex)<br><br>NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br>(F.R. C.P. RULE 12)<br><br>DATE: January 25, 2010<br>TIME:  8:30 a.m.<br>COURTROOM:  9D |

1

| | |
|---|---|
| 1 | TRUSTEE CORPS, RUSSELL BELL, QUALITY LOAN SERVICE Corp. FIRST NEWPORT PROPERTIES, LLC., JOHN MURK, DIANNE D'AGNOLO, The Honorable, SANDRA HUTCHENS, THE SHERIFF OF ORANGE COUNTY, JP MORGAN CHASE (as successor in Interest to WASHINGTON MUTUAL), ONEWEST BANK, NA (As successor in Interest and Alleged assignee of Indymac, CAL-WESTERN RECONVEYANCE, WELLS FARGO BANK, N.A., DENNIS STACY, COLDWELL BANKER, and JOHN & JANE DOES 1-20, |
| | Defendants. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice on January 25, 2010, at the hour of 8:30 a.m. or as soon thereafter as counsel may be heard in Courtroom 9D of the above-entitled Court located at 411 West Fourth Street, Santa Ana, California 92701, the Defendants, STEVEN D. SILVERSTEIN, RON ELTER, and GRE DEVELOPMENT, INC. as agents and Trustee of the Via Corbina Trust #4, for themselves alone, will move this Court to Dismiss the First Amended Complaint in this action.

This Motion will be made upon its papers and filings, the Memorandum of Points and Authorities as well as such oral argument that may occur at the hearing in this action should this Court invite oral argument.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on or about December 20, 2009.

Respectfully submitted,

LARRY ROTHMAN & ASSOCIATES

Dated:  December 31, 2009

_____
LARRY ROTHMAN,
Attorney for Defendants:
STEVEN D. SILVERSTEIN, RON ELTER, and GRE DEVELOPMENT, INC. as agents and Trustee of the Via Corbina Trust #4

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: City Plaza, 1 City Boulevard West, Suite 850, Orange, California 92868

On December 31, 2009, served the foregoing document described as:

NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE
on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on December 31, 2009, at Orange, California.

_____
MONIQUE PINKS

Charles Edward Lincoln, III
c/o Peyton Yates Freiman
603 Elmwood Place, Suite #6
Austin, Texas 78705

Christyna Lynn Gray
16351 Arlington Lane
Huntington Beach, California 92649

Renada Nadine March
7 Bluebird Lane
Aliso Viejo, California 92656