1  LARRY ROTHMAN & ASSOCIATES
2  LARRY ROTHMAN – State Bar No. 72451
   City Plaza
3  1 City Boulevard West, Suite 850
   Orange, California 92868
4  (714)  363 0220  Telephone
5  (714)  363 0229   Facsimile
6  tocollect@aol.com   E-Mail

7

8  Attorneys for the Defendants:
   STEVEN D. SILVERSTEIN, RON ELTER, and GRE
9  DEVELOPMENT, INC. as agents and Trustee of the
10 Via Corbina Trust #4

11                   **UNITED STATES DISTRICT COURT**

12                  **CENTRAL DISTRICT OF CALIFORNIA**

13                          **SOUTHERN DIVISION**

14

15

16

17  CHRISTYNA LYNN GRAY, CHARLES        CASE NO:   SACV09-1072 DOC(Ex)
18  EDWARD LINCOLN, III, RENADA
    NADINE MARCH,
19                                      OPPOSITION TO  EX PARTE
               Plaintiffs,             APPLICATION TO RESPOND TO
20                                      THE MOTION TO DISMISS
          vs.
21
22  STEVEN D. SILVERSTEIN, RON ELTER,
    GRE DEVELOPMENT, INC., Individually
23  and as agents for and Trustee of the Via
    Corbina Trust #4 CHRISTOPHER
24  ARCHULETA, MERS(Mortgage Electronic
    Registration Services), other unnamed
25  Attorney, Defendants, John and Jane Does
26  1-10, MEGLADON FINANCIAL, LLP.
    ATLAS PROPERTIES REAL ESTATE,
27  JAMES RADWAN, ROCHELLE MATKIN
28

                                        1

TRUSTEE CORPS, RUSSELL BELL, QUALITY LOAN SERVICE Corp. FIRST NEWPORT PROPERTIES, LLC., JOHN MURK, DIANNE D'AGNOLO, The Honorable, SANDRA HUTCHENS, THE SHERIFF OF ORANGE COUNTY,  JP MORGAN CHASE (as successor in Interest to WASHINGTON MUTUAL), ONEWEST BANK, NA (As successor in Interest and Alleged assignee of Indymac,  CAL-WESTERN RECONVEYANCE, WELLS FARGO BANK, N.A., DENNIS STACY, COLDWELL BANKER, and JOHN & JANE DOES 1-20,

Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

the Defendants,  STEVEN D. SILVERSTEIN, RON ELTER, and GRE

DEVELOPMENT, INC. oppose Plaintiffs Motion for an Extension of Time to

Oppose the Motion to dismissed based upon the following grounds and request that

this Court:

1   The Motion to Extend the Time to Respond was not timely.   It was not filed

and served 14 days (plus 3 days for mailing) prior to the  hearing date:.

2   The Motion only applies to one Plaintiff.   There are three purported

individual Plaintiffs who will have separate grounds for the Motion since the

facts related to each Plaintiff are different.

2

3    These Defendants believe the Charles Lincoln who is disbarred in

4   California is actually practicing law and representing each of the Plaintiffs.

As such, Defendants request this Court to modify Rule 26 requirements

and allow Defendants to depose CHRISTYNA LYNN GRAY and/ or

RENADA NADINE MARCH on the limited issue as to who prepared the

first amended complaint and who has advised them of their legal rights in

this matter.   After said Depositions are taken, these Defendants will

report to the court their findings and provide the deposition transcripts for

the Court to review to see if a crime (practicing law without a license)

exists.

Respectfully submitted,

LARRY ROTHMAN & ASSOCIATES

Dated:    January 14, 2010

s/LARRY ROTHMAN

LARRY ROTHMAN,
Attorney for Defendants:
STEVEN D. SILVERSTEIN, RON ELTER, and GRE DEVELOPMENT, INC. as
agents and Trustee of the Via Corbina Trust #4

**PROOF OF SERVICE**

State of California, County of Orange:

I am employed in the county and state aforesaid.  I am over the age of 18 and not a party to the within action; my business address is:  City Plaza, 1 City Boulevard West, Suite 850, Orange, California 92868

On January 14, 2010, served the foregoing document described as: OPPOSITION TO  EX PARTE APPLICATION TO RESPOND TO THE MOTION TO DISMISS

on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and  addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 14, 2010, at Orange, California.

/S MONIQUE PINKS

_____
MONIQUE  PINKS

4

1

2

3

4

5

6

7

8

9

10    **Charles Edward Lincoln, III**

11    **c/o Peyton Yates Freiman**
      **603 Elmwood Place, Suite #6**

12    **Austin, Texas 78705**

13
      **Christyna Lynn Gray**
14    **16351 Arlington Lane**
      **Huntington Beach, California 92649**
15

16    **Renada Nadine March**
17    **7 Bluebird Lane**
      **Aliso Viejo, California 92656**
18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28