LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229   Facsimile
tocollect@aol.com   E-Mail


Attorneys for the Defendants:
STEVEN D. SILVERSTEIN, RON ELTER, and GRE DEVELOPMENT, INC. as agents and Trustee of the Via Corbina Trust #4

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN D. SILVERSTEIN, RON ELTER, GRE DEVELOPMENT, INC., Individually and as agents for and Trustee of the Via Corbina Trust #4 JOHN MURK, DIANNE D'AGNOLO, The Honorable, SANDRA HUTCHENS, THE SHERIFF OF ORANGE COUNTY,  CAL-WESTERN RECONVEYANCE, WELLS FARGO BANK, N.A., DENNIS STACY, COLDWELL BANKER, and JOHN & | CASE NO:   SACV09-1072 DOC(Ex)<br><br>**NOTICE OF NON OPPOSITION TO THE MOTION TO DISMISS**<br><br>DATE:  February 22, 2010<br>TIME:  8:30 a.m.<br>COURTROOM:  9D |

**1**

JANE DOES 1-20,

        Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that there was no timely opposition to the Motion to dismiss by these Movants.

                                                Respectfully submitted,

                                                LARRY ROTHMAN & ASSOCIATES

Dated:    February 9, 2010

                                                        s/LARRY ROTHMAN

                                              _____

                                                        LARRY ROTHMAN,
                                                  Attorney for Defendants:
STEVEN D. SILVERSTEIN, RON ELTER, and GRE DEVELOPMENT, INC. as agents and Trustee of the Via Corbina Trust #4

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: City Plaza, 1 City Boulevard West, Suite 850, Orange, California 92868

On February 9, 2010, served the foregoing document described as:

NOTICE OF NON-OPPOSITION TO THE MOTION TO DISMISS

on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 9, 2010, at Orange, California.

S/MONIQUE PINKS

_____
MONIQUE PINKS

| | |
|---|---|
| 1 | **PROOF OF SERVICE LIST** |
| 2 | |
| 3 | |
| 4 | **Charles Edward Lincoln, III**<br>**c/o Peyton Yates Freiman**<br>**603 Elmwood Place, Suite #6**<br>**Austin, Texas 78705** |
| 5 | |
| 6 | |
| 7 | |
| 8 | **Renada Nadine March**<br>**7 Bluebird Lane**<br>**Aliso Viejo, California 92656** |
| 9 | |