1  LARRY ROTHMAN & ASSOCIATES
2  LARRY ROTHMAN – State Bar No. 72451
   City Plaza
3  1 City Boulevard West, Suite 850
4  Orange, California 92868
   (714)  363 0220  Telephone
5  (714)  363 0229   Facsimile
6  tocollect@ aol.com    E-Mail

7

8  Attorneys for the Defendants:
   STEVEN D. SILVERSTEIN, RON ELTER, and GRE
9  DEVELOPMENT, INC. as agents and Trustee of the
10 Via Corbina Trust #4

11              **UNITED STATES DISTRICT COURT**
12
13              **CENTRAL DISTRICT OF CALIFORNIA**
14                    **SOUTHERN DIVISION**
15
16

| 17 | CHARLES EDWARD LINCOLN, III | CASE NO:   SACV09-1072 DOC(Ex) |
|---|---|---|
| 18 | Plaintiff, | |
| 19 | vs. | **NOTICE OF MOTION AND MOTION TO STRIKE THE COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16 (anti-SLAPP)** |
| 20 | STEVEN D. SILVERSTEIN, RON ELTER, GRE DEVELOPMENT, INC., Individually and as agents for and Trustee of the Via Corbina Trust #4 JOHN MURK, DIANNE D'AGNOLO, The Honorable, SANDRA HUTCHENS, THE SHERIFF OF ORANGE COUNTY,  CAL-WESTERN RECONVEYANCE, WELLS FARGO BANK, N.A., DENNIS STACY, COLDWELL BANKER, and JOHN & | |
| | | DATE:  November 22, 2010
TIME:  8:30 a.m.
COURTROOM:  9D
       (reserved) |

1

1  JANE DOES 1-20,
2
3           Defendants.

4     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
5     Please take notice on November 22, 2009, at the hour of 8:30 a.m. or as
6
7  soon thereafter as counsel may be heard in Courtroom 9D of the above-entitled
8  Court located at 411 West Fourth Street, Santa Ana, California 92701, the
9
10 Defendants, STEVEN D. SILVERSTEIN, RON ELTER, and GRE
11 DEVELOPMENT, INC. as agents and Trustee of the Via Corbina Trust #4
12
   will move this Court to Dismiss the Third Amended Complaint in this action.
13
14    This Motion will be made upon its papers and filings, the Memorandum of
15 Points and Authorities as well as such oral argument that may occur at the
16 hearing in this action should this Court invite oral argument.
17
18     This motion is made following the conference of counsel pursuant to L.R.
19 7-3.
20
                                    Respectfully submitted,
21
22
                                    LARRY ROTHMAN & ASSOCIATES
23
      Dated:   October 13, 2010
24                                         S/LARRY ROTHMAN
25                                  _____
                                         LARRY ROTHMAN,
26                                       Attorney for Defendants:
27  STEVEN D. SILVERSTEIN, RON ELTER, and GRE DEVELOPMENT, INC. as
                                    agents and Trustee of the Via Corbina Trust #4
28

**2**

# PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: City Plaza, 1 City Boulevard West, Suite 850, Orange, California 92868

On October 13, 2010, served the foregoing document described as:

**NOTICE OF MOTION AND MOTION TO STRIKE THE COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16   (anti-SLAPP)**
on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 13, 2010, at Orange, California.

S/LARRY ROTHMAN

_____
LARRY ROTHMAN

# PROOF OF SERVICE LIST

**Charles Edward Lincoln, III**
**c/o Peyton Yates Freiman**
**603 Elmwood Place, Suite #6**
**Austin, Texas 78705**

Renada Nadine March
7 Bluebird Lane
Aliso Viejo, California 92656
Tel: 949-742-0436

Joseph Cohen, Carol Regina Cohen
11 Lighthouse Pt.
Aliso Viejo, California 92656

Daniel C. Mack
31321 Don Juan Avenue,
San Juan Capistrano, California, 92657

Alicia Singh
Richard Mendez
1394 Arrowhead Drive
Placentia, CA92870