## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-1072 DOC (Ex)                          Date: November 30, 2010

Title: CHARLES EDWARD LINCOLN III et. Al. V. STEVEN D. SILVERSTEIN et. Al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                             NONE PRESENT

PROCEEDING (IN CHAMBERS):     TAKING MATTER UNDER SUBMISSION

       Before the Court are the following motions filed in the above-captioned case: Defendant MERS, Onewest Bank NA's Motion to Dismiss Third Amended Complaint (Docket 49); Defendants Steven D. Silverstein, Ron Elter and GRE Development, Inc.'s Motion to Strike the Complaint (Docket 51) and Defendant Steven D. Silverstein's Motion to Dismiss (53).  The court finds these matters appropriate for decision without oral argument.  Fed.R.Civ. P. 78; Local Rule 7-15.

       Accordingly, the hearing set for December 6, 2010 at 8:30 a.m. is removed from the calendar.  Parties will be served with the Court's ruling.

       The Clerk shall serve a copy of this minute order on counsel for all parties in this action.