UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 09-1072 DOC (Ex)                                              Date: March 15, 2011

Title: CHARLES EDWARD LINCOLN III et. al. v. STEVEN D. SILVERSTEIN et. al.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|:---:|:---:|

PROCEEDING (IN CHAMBERS):         ORDER DENYING AS MOOT MOTION TO STRIKE

      Before the Court is a Motion to Strike Plaintiffs' Third Amended Complaint filed by Defendants Steven D. Silverstein, GRE Development, Inc., and Ron Elter (collectively, "Moving Defendants") in the above-captioned case ("Motion to Strike) (Docket 51).  On March 15, 2011, the Court issued an Order dismissing Plaintiffs' claims against Moving Defendants.  The Motion to Strike is therefore DENIED AS MOOT.

      The Clerk shall serve this minute order on all parties to the action.