ADVOCATES LAW AND REAL ESTATE
DIANE BEALL, ATTORNEY SBN 86877
243 S Escondido Blvd. #125
Escondido, CA 92025
760-807-5417
attorneydianebeall@gmail.com
Attorney for Plaintiff CHARLES EDWARD LINCOLN III

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION-SANTA ANA

| | |
|---|---|
| Charles Edward Lincoln, III et. al., <br>     Plaintiffs, <br><br> v. <br><br> The State of California, et. al., <br><br>     Defendants. | ) Case No: **8:09-cv-01072-DOC-E** <br> ) <br> ) <br> ) **EX PARTE** <br> ) **NOTICE OF MOTION AND** <br> ) **MOTION OF ATTORNEY** <br> ) **TO BE RELIEVED AS** <br> )    **ATTORNEY OF RECORD** <br> ) **NOTICE OF PROPOSED ORDER** <br> ) <br> ) **NO ORAL ARGUMENTS** <br> ) **REQUESTED** |

**NOTICE OF MOTION AND**
**MOTION OF ATTORNEY**
**TO BE RELIEVED AS ATTORNEY OF RECORD**

EX PARTE NOTICE IS HEREBY GIVEN that attorney DIANE BEALL requests the above captioned Court relieve her as attorney of record in the above captioned case.

**MOTION TO BE RELIEVED AS ATTORNEY OF RECORD**

DIANE BEALL requests that this Court relieve her as the attorney of record for Plaintiff, CHARLES EDWARD LINCOLN, III. Attorney Beall has been requesting that Plaintiff relieve her as Attorney of Record for about a year and has advised Plaintiff that she would be filing a

motion to be relieved as the attorney of record if he did not sign a substitution of attorney substituting himself back in as Pro Se or substituting another attorney in.  Plaintiff has failed to comply with Attorney Beall's requests.  Therefore she is forced to file this motion.  Her withdrawal will not cause unreasonable delay in prosecution of the case.  Her reasons for this request are set forth in her Declaration. It would be to Plaintiff's best interest to retain different representation or represent himself pro se.

### NOTICE OF LODGING PROPOSED ORDER

Movant hereby gives notice that a Microsoft Word version of the Proposed Order will be lodged with the Court.

Respectfully Submitted


DATED this 10th day of February, 2012.


                                      /s/ Diane Beall

                                  DIANE BEALL, Attorney for Plaintiff