ADVOCATES LAW AND REAL ESTATE
DIANE BEALL, ATTORNEY SBN 86877
243 S Escondido Blvd. #125
Escondido, CA 92025
760-807-5417
attorneydianebeall@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION-SANTA ANA

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III, et al., <br>   Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, et al., <br>   Defendants. | Case No: **8:09-cv-01072-DOC-E** <br><br> **DECLARATION OF ATTORNEY TO BE RELIEVED AS ATTORNEY OF RECORD** <br><br> **NO ORAL ARGUMENTS REQUESTED** |

    I, DIANE BEALL, declare:

    I am the attorney of record for Charles Lincoln in case number **8:09-cv-01072-DOC-E**.

    If called upon to testify as to the matter set forth in this declaration, I could and would competently testify thereto based upon my personal knowledge. I am requesting to be relieved as the attorney of record for Plaintiff. I have advised Plaintiff that I wanted to be relieved as the attorney of record for over a year, and requested that he sign a substitution of attorney substituting himself back in as Pro Se or retain another attorney. He has failed to comply with my request or to retain a new attorney. Therefore I am forced to file this motion.

1   Upon information and belief, my withdrawal will not cause unreasonable delay in
2   prosecution of the case.   It would be to Plaintiff's best interest to retain different representation
3   since I am not able to represent him.
4   I have moved back to San Diego and it takes me an hour and a half drive to Orange
5   County and is very costly both in time and gas.  I am in a financial position where I have to make
6   enough money to live. Plaintiff has never paid me any money and I cannot afford to do pro bono
7   work at this time.
8   Plaintiff made verbal promises to Attorney but never kept the promises.
9   Wherefore, I respectfully request this Court to issue an order relieving me as attorney of
10  record.
11  I declare under the penalty of perjury under the laws of the United States and the State of
12  California that the above statement is true and correct.
13  DATED this 10th day of February, 2012.

/s/ Diane Beall

DIANE BEALL, Attorney for Plaintiff

DECLARATION OF DIANE BEALL IN SUPPORT OF MOTION TO BE RELIEVED AS ATTORNEY OF RECORD