ADVOCATES LAW AND REAL ESTATE
DIANE BEALL, ATTORNEY SBN 86877
243 S Escondido Blvd. #125
Escondido, CA 92025
760-807-5417
attorneydianebeall@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION-SANTA ANA

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III, et al., <br>   Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, et al., <br>   Defendants. | Case No: **8:09-cv-01072-DOC-E** <br><br> **PROOF OF SERVICE DECLARATION OF DECLARATION IN RESPONSE TO THE NOTICE OF OPPOSITION TO ALLOW ATTORNEY BEALL TO WITHDRAW AS ATTORNEY OF RECORD FOR CHARLES LINCOLN** |

I, LYNDA GRANADO, declare:

If called upon to testify as to the matter set forth in this declaration, I could and would competently testify thereto based upon my personal knowledge.

On March 6, 2012 at 10:15 am, I emailed the document entitled **DECLARATION IN RESPONSE TO THE NOTICE OF OPPOSITION TO ALLOW ATTORNEY BEALL TO WITHDRAW AS ATTORNEY OF RECORD FOR CHARLES LINCOLN**

to the following persons: Charles Lincoln, Carol Cohen, Daniel Mack, Fay E. March, Joseph Cohen, Renada March, Richard Mendes.

---

DECLARATION OF DIANE BEALL IN SUPPORT OF MOTION TO BE RELIEVED AS ATTORNEY OF RECORD

1 | I declare under the penalty of perjury under the laws of the United States and the State of
2 | California that the above statements are true and correct.
3 | DATED this 6th day of March, 2012.
4 | <u>Lynda Jo Granado</u>

DECLARATION OF DIANE BEALL IN SUPPORT OF MOTION TO BE RELIEVED AS ATTORNEY OF RECORD