# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  *Carter*

From: *A DeAnla* _____, Deputy Clerk    Date Received: *3/26/12*

Case No.: *8CV09-1072*    Case Title: *Lincoln v. Silverstein*

Document Entitled: *letter*

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☒ Other: *Local Rule 83-2.11 - Attorneys or parties to an action shall refrain from writing letters to the Judge.*

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

*3/27/12*    *David O. Carter*
Date    U.S. District Judge / U.S. Magistrate Judge
DAVID O. CARTER

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

# Charles Edward Lincoln III

*Tierra Limpia/Deo Vindice, 603 Elmwood Place, Suite 6*
*Austin, Texas 78705 Telephone 512-968-2500*
*Peyton Yates Freiman Telephone 512-968-2666*
*E-mail: lincoln_for_california@rocketmail.com*



RECEIVED & RETURNED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Sunday, March 25, 2012

re: 8:09-cv-01072-DOC (Ex)

The Honorable Judge David O. Carter
United States District Judge
United States District Court
Central District of California, Southern Division
411 West Fourth Street, Suite 9-160, Courtroom 9-D
Santa Ana, California 92701
DOC_chambers@cacd.uscourts.gov



RECEIVED
BUT NOT FILED

MAR 2 6 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY                                    DEPUTY

Dear Judge Carter (Your Honor):

  I, the undersigned Charles Edward Lincoln III, am writing this letter to ask you to use your discretion and power to suspend or stay all hearings and further proceedings this case, or in the alternative to dismiss it without prejudice.  As a third option, I would ask you to use your power and discretion to appoint competent civil counsel acceptable to this Court and to the Plaintiffs who would be willing to represent the Plaintiffs in this extremely important litigation.  This is an emergency.

  At the present time, the Plaintiffs' hands are tied and yet the Plaintiffs' position is not frivolous and should not be treated as such.  However, after what Diane Beall has done, if I were to prepare any document for myself and asks the other Plaintiffs to sign it, I will be accused of the unauthorized practice of law by Rothman and Silverstein and possibly the other Defendants, and if I do not prepare any document for the other Plaintiffs, absolutely nothing can or will happen.  Attorney Diane Beall had solemnly agreed to take charge as lead counsel and to supervise and edit my work for

***Charles Edward Lincoln, III, Emergency Letter to the***
***The Honorable Judge David O. Carter, U.S. D.C., C.D. CA***

1

on behalf of myself and all the Plaintiffs, and thus to shield me from any malicious charges of unauthorized practice of law. I, for my part, had agreed to serve as office manager and legal assistant to Attorney Diane Beall.

Diane Beall told me that she was (in October-November 2010) opening a new law office in Santa Ana, and we agreed that I could pay her by my services in managing this office. But this plan never came to fruition and it seems she never had any real plans to open a law office of her own. Instead, Diane Beall became associated with Paul Nguyen, at whose office I met with Diane Beall shortly before realizing that she did not actually intend to do anything for my or any other Plaintiffs in this case, when Attorney Diane Beall told me I could not talk to Attorney Paul Nguyen anymore after meeting with him and having a very fruitful discussion with him about how to amend and streamline the Plaintiffs' complaint in this case.

Without lead counsel, I cannot work and none of the other Plaintiffs have the education or experience to prepare legal documents for themselves (except possibly for Richard Mendez, who acts as an advocate for homeowners and victims of wrongful eviction in Orange County and has had some measure of modest success in fighting Silverstein and others of Silverstein's unsavory ilk).

This Court should issue an order to show cause to Attorney Diane Beall why she should not be bound over for contempt of court by perjury in stating (1) that I, Charles Edward Lincoln, III, ever promised to pay her in cash or other liquid assets, but rather in service, (2) that I ever asked Attorney Diane Beall to work *pro bono*, again, precisely because I offered to work for her in exchange of service, and (3) most outrageously, that "her withdrawal should not prejudice the case in any way."

This Court should also issue an order to show cause to Attorney Diane Beall why she should not be sanctioned for her extremely unprofessional conduct of entering an appearance in this case and then doing absolutely nothing for a year and 3 months, until February 2012 when she sought to withdraw as my (Charles Edward Lincoln III's) counsel after Daniel Christian Mack had effected service on certain governmental defendants in compliance with this Court's Order of October 17, 2011.

Attorney Diane Beall has, from the date of her appearance and promise to take over the case, effectively killed it, and in fact she did nothing but attempted to kill it, since November 2010. This I, and all of the

Plaintiffs, jointly and severally detailed, in our individual declarations submitted in response to this Court's Order to Show Cause on September 30, 2011: **Case 8:09-cv-01072-DOC-E Document 86 Filed 09/30/11 Page 1 of 25 Page ID ##:1170-1231.** (Please read and take judicial notice of the declarations written and executed on September 28-29, 2011, by Charles Edward Lincoln III, Renada Nadine March, Daniel Christian Mack, Richard Mendez, and Alicia Singh, all filed and forming part of the record of this case, in evaluating this letter and rendering a just decision).

Quite frankly, your Honor, in your order of March 7, 2012---Case 8:09-cv-01072-DOC-E Document 121 Filed 03/07/12 Pages 1-2 Page ID ##:1534-1535 in which you granted Attorney Diane Beall's Ex-Parte Applications to withdraw as counsel has truly rendered the Plaintiffs in this case utterly and completely helpless. We cannot proceed. We dare not try to proceed.

THE DEFENDANTS, and DIANE BEALL, and others (including Renada Nadine March's former attorney Dennis Martin Russell, also at one time associated with Diane Beall) have ALL ALLIED AGAINST me (Charles Edward Lincoln, III), in seeking to have me accused of or even formally charged with Unauthorized Practice of Law. Attorney Diane Beall agreed to represent me in this case precisely to assist, guide, and supervise my work and thus protect me from such charges.

In reality, however, (again as we all fully detailed in the Plaintiffs Response and especially their declarations filed September 30, 2011), after signing on as my attorney refused to take any action at all, or act on her own or with me in any way at all and thereby she sabotaged the Plaintiffs' case.

I and the other plaintiffs, firmly believed in Diane Beall because of her association with the American Independent Party, her profession of traditional Christian Faith, and her undeniable status as a victim of wrongful foreclosure herself.

A little history may be in order: throughout this case, it has been the strategy of the Defendants to treat this case as my sole interest and creation, as if I were the only one injured by Silverstein, the Banks, the foreclosing servicers, the false "investors" at fake "foreclosure sale auctions", and of course, by the unconstitutional laws and unlawful acts of the state officials of California, including the Governor and Attorney General in backing this system up. We live in a lawless culture, but the instrumental threat of

prosecution for violation of the State Bar Monopoly on Legal Speech, Legal Writing, Legal Association, and the Right to Petition for Redress of Grievances is a potent tool that the most lawless and oppressive in our society have to suppress dissident speech in America. The State Bar itself is definitely an instrument of State suppression of constitutional rights, but licensed attorneys such as Rothman, Silverstein, and the rest naturally gravitate towards the use of such oppressive techniques.

True, I initiated the factual and legal nucleus of this case in November 2008, 8:08-cv-01334-DOC-E, pro se, and in August of 2009, this Court denied my choice of counsel, Dr. Orly Taitz, Motion to Appear as counsel on my behalf. That case was insupportable without counsel. My relationship with Dr. Taitz was complex, and although Orly had originally agreed to appear as my counsel against Steven D. Silverstein after Silverstein, as this Court originally ruled (Document #37) on July 1, 2010, wrongfully evicted me from 4 Via Corbina in Rancho Santa Margarita, in September 2009, when I first filed the present action, as an amendment and supplement to 8:09-cv-01334-DOC-E, by November 4, 2009, Orly and I had parted ways and representation by her was no longer an option.

After my eviction, Dr. Orly Taitz had filed a countersuit in State Court as well against Steven D. Silverstein in which she made at least one effective and fiery speech against this "eviction shark", but without her representation I was utterly unable to continue the litigation in California Superior Court in Orange County.

In December 2009, Renada Nadine March and Christyna Lynn Gray joined me as co-Plaintiffs, pro se, against Silverstein. After Christmas 2009 Christyna Lynn Gray (at that time a new employee of Homeland Security) disappeared, and on January 19, 2010, this Court dismissed Christyna Lynn Gray as a Plaintiff in this case.

Later, in a related case, Christyna Lynn Gray effectively perjured herself in this Court when, in Case 8:09-cv-01389-DOC-E Document 7 Filed 03/26/10 Page 1 of 6, she accused me (Charles Edward Lincoln III) of having lied to her, telling her that I was still a licensed attorney---Renada Nadine March, Daniel Christian Mack, Richard Mendez, Alicia Singh, Aurora Isidora Diaz, and many others can testify I am always very careful to make sure everyone knows that I used to be but am not anymore.

Still, this threat, of being accused of the unauthorized practice of law, has hung like the Sword of Damocles over me and this entire case ever since. Christyna Lynn Gray's allegations were important (and were lies submitted to the Court, even though not under oath) because, together with Rothman & Silverstein's tactics, and this Court's admonition on January 19, 2011, in Case 8:09-cv-01072-DOC-E Document 25 Filed 01/19/10 Page 1 of 2 Page ID ##:219-220, they substantiated the threat against Lincoln that Silverstein & Rothman tried to use as a key litigation tool from the very beginning, even as this Court denied the Defendant's attempts over two years ago:

> Plaintiffs are reminded that the practice of law in California is defined as providing "legal advice and legal instrument and contract preparation, whether or not these subjects were rendered in the course of litigation." *Birbower, Montalban, Condo & Frank, P.C. v Superior Court,* 17 Cal. 4th 119, 128 (Cal. 1998). However, Defendants have provided no authority for the procedure they propose in which as civil defendants, they would be involved in the investigation of a violation of the criminal unauthorized practice of law statute. As such, their request is denied at this time.

Plaintiffs Renada Nadine March and I, in April of 2010, discussed together whether we should ask this Court to issue an order to show cause or file a complaint asking the DOJ to prosecute Gray for perjury. On reviewing the situation, Renada Nadine March and I concluded that Christyna Lynn Gray's "handlers" at the Department of Homeland Security probably arranged for her to submit letters and motions NOT under oath, without notice to me, and thus to avoid bringing all of the elements of perjury together. Our understanding is that a prosecution for perjury can only be brought when substantially false and injurious relevant statements are made under oath which lead to a material difference in the outcome of a case. Christyna's letters of 8:09-cv-01389-DOC-E(x) submitted on March 26, 2010 were (1) substanialy false, (2) injurious to me, (3) relevant, and (4) materially influenced the Court in deciding the Order to show cause as it did, but her statements on that date were not made under oath.

Between the lies of Christyna Lynn Gray (formerly and perhaps continually of the Department of Homeland Security) and Attorney Diane Beall (of the American Independent Party) and the strong self-interests of Larry Rothman, Steven D. Silverstein, and other defense counsel, I am in an untenable position.

## CONCLUSION

In the interests of Justice, this Court simply MUST either (1) abate, stay, or suspend the case, affording the Plaintiffs another opportunity to find competent counsel or (2) appoint actually competent counsel agreeable both to the Court and the Plaintiffs or (3) dismiss this case without prejudice to the refiling of all or any part of the same.

In the interests of Justice, this Court SHOULD issue an order to Attorney Diane Beall why she should not be held in contempt, bound over for perjury, and otherwise sanctioned for her two completely false, incompetent, and totally unprofessional Ex-Parte Applications to withdraw from this case, which are a blight on the profession of attorneys everywhere, an indictment of the State Bar of California which issues and maintains licenses to the likes of Orly Taitz and Diane Beall while taking mine away.

In simple summary, this case cannot be maintained without a lawyer. Either this Court should use its power and discretion to appoint a lawyer capable of refining and carrying forward the important constitutional issues which this case undoubtedly raised. Otherwise the Court should abate, stay, or suspend the case to give the Plaintiffs one final opportunity to find their own counsel. Or finally, this Court should dismiss this case without prejudice or sanctions of any sort against the Plaintiffs, but with much prejudice and sanctions against Diane Beall, encompassed in an order to show cause. It is possible that the Court might want to issue an order to show cause to Christyna Lynn Gray and Dennis Martin Russell as well.

All documents cited from earlier rulings in this case are incorporated by reference as if fully recopied and restated herein, especially but not limited to the Plaintiffs' September 30, 2011, Response to this Court's Order to Show Cause found at **Case 8:09-cv-01072-DOC-E Document 86 Filed 09/30/11 Page 1 of 25 Page ID ##:1170-1231**

In any event, ALL DEADLINES and ALL HEARINGS in this case can and really should be cancelled because the Plaintiffs cannot prepare responses or represent themselves without counsel, as Daniel Christian Mack and Renada Nadine March correctly informed this Court in their Joint Response (submitted to the Court on February 13, 2012) to the Motions of Rothman and Silverstein originally set for hearing on March 12, 2012.

It was simply impossible and impracticable to submit this letter as a Motion, because it does not fit into any of the categories established by the Federal Rules of Civil Procedure, but all Defendants' counsel have been provided with copies of this letter to the Court, and a copy has been delivered to the Clerk for filing as well.

What Diane Beall had agreed to do, which was to represent me and help all the Plaintiffs reorganize, edit and focus the complaint in this case to adequately address the substantial constitutional and equitable issues concerning non-judicial foreclosure and summary eviction in California, the constitutional incompatibility between the way the California Courts apply, construe, and interpret the California Civil Code and Code of Civil Procedure as against the California Commercial Code.

But as a matter of undisputable historical fact, Diane Beall first ignored and then now, in the past month, has really refocused the case, to the Defendants' great advantage, on my role in instigating and inspiring the other Plaintiffs in this case. That is not advantageous to the other Plaintiffs or to the just resolution of the extremely important issues, which we are trying to raise.

I hope that this Honorable Court will do whatever it can to preserve the rights of these Plaintiffs to have their Constitutional Claims against non-judicial foreclosure and summary eviction processes in California given a full and fair hearing.

I can do nothing beyond this letter in light of the scurrilous tactics of Defense Counsel Larry Rothman and Defendant Steven D. Silverstein.

Sunday March 25, 2012
Fifth Sunday in Lent
Feast of the Annunciation

Yours very truly,

Charles Edward Lincoln III
Tierra Limpia Trust/Deo Vindice
603 Elmwood Place, Suite 6
Austin, Texas 78705
Telephone: 512-968-2500
e-mail: charles.lincoln@rocketmail.com

## SERVICE LIST FOR THIS LETTER

Copies to (Diane Beall and all Plaintiffs by E-mail prior to filing and):

**Larry Rothman**
Larry Rothman &Associates
One City Boulevard West Suite 850
Orange, CA 92868
Tel: 714−363−0220  Fax: 714−363−0229
Email: tocollect@aol.com

**Christina M Sprenger**
Lawrence Beach Allen and Choi PC
1600 North Broadway Suite 1010
Santa Ana, CA 92706
Tel: 714−479−0180 Fax: 714−479−0181
Email: csprenger@lbaclaw.com

**David D Lawrence**
Lawrence Beach Allen &Choi PC 1600 North Broadway Suite 1010 Santa
Ana, CA 92706
Tel: 714−479−0180 Fax: 714−479−0181
Email: dlawrence@lbaclaw.com

**Lyle Riggs**
Lawrence Beach Allen and Choi PC
1600 North Broadway Suite 1010
Santa Ana, CA 92706
Tel.: 714−479−0180; Fax: 714−479−0181
Email: lriggs@lbaclaw.com

**Joshua Andrew Del Castillo**
Allen Matkins Leck Gamble Mallory and Natsis
 515 S Figueroa Street 7th Floor
Los Angeles, CA 90071
Tel: 213−622−5555  Fax: 213−620−8816
Email: jdelcastillo@allenmatkins.com

**Stefan Perovich**
Keesal Young and Logan
400 Oceangate
P O Box 1730
Long Beach, CA 90801−1730
Tel.: 562−436−2000 Fax: 562−436−7416
Email: stefan.perovich@kyl.com

**Joel A Davis**
CAAG − Office of Attorney General of California
300 South Spring Street Suite 5000
Los Angeles, CA 90013−1230
Tel: 213−897−2130  Fax: 213−897−2810
Email: joel.davis@doj.ca.gov

**DIANE BEALL, ATTORNEY**
**243 S Escondido Blvd. #125 Escondido, CA 92025**
**Tel.: 760-807-5417**
**E-mail: attorneydianebeall@gmail.com**

# Exhibit A:
# E-Mail from co-Plaintiff Dan Mack
# March 24, 2012

**Subject:**  Re: Slightly Revised Emergency Letter to Judge Carter

**From:**  mackassoci@aol.com (mackassoci@aol.com)

**To:**  lincoln_for_california@rocketmail.com;

**Date:**  Saturday, 24 March 2012, 8:23

Charles,
I think you may have come up with what may be one of the only solutions for now, and I appreciate the way you articulated the difficulty and sensitivity of your position especially, but the position of all the plaintiff's as well. Yes, why can't the court appoint a public defender for us, or is that only in State court?  I read both versions of your letter, and while I did not notice the differences, I highlighted in blue a couple areas that you might consider editing for sentence structure or awkwardness before sending it.

As you explained to Carter, this might be the only way to truly express your feelings in an appropriate way since the rules of court don't allow otherwise.

I did email that law firm in Georgia (on Thursday) asking if they could refer a Constitutional attorney that could litigate a presently filed federal case challenging the Constitutionality of present foreclosure statutes and the deprivation of civil rights (a potential "load star" case), but of course, I haven't received any response as of yet.

There's another attorney whose name is "in the news", but I cannot remember HER name. I heard of her on a news report yesterday and I only took notice because of the key words "American Independent Party" and "civil rights issues".  Is it possible she's involved with the Molly Munger news--whatever that is about? I think this attorney is here in Los Angeles.  Would you know who I'm talking about? Of course the American Independent Party would have meant nothing to me except that Dianne is associated with them too.

Renada said she's supposed to be coming out in maybe a week or two to get her stuff from Richard's place. We talked briefly yesterday about the possibility of approaching Prof Voelek when she does, but she sounded unsure as to whether she'd have the time on such a short return...maybe only on a weekend?

It is Sofia's 8th birthday this weekend.  I wouldn't exchange having her and Julia in my life for anything.

The Swallows Day parade is also going on down here today.  They've closed-off the streets from 10:00am to 3pm for that, so I don't know if we'll hunker down and bite the bullet being "land-locked" during that event, or if we'll fly the coop before it begins.

Peace,
Dan


-----Original Message-----
From: Charles Edward Lincoln III <lincoln_for_california@rocketmail.com>
To: Dan Mack <mackassoci@aol.com>; Renada Nadine March <renadajewel@gmail.com>; Diane Templin Beall <attorneydianebeall@gmail.com>; Richard Mendez <mendez_richard@hotmail.com>

Cc: equityarchitect <equityarchitect@gmail.com>; Renada (for court) March <renada.march@gmail.com>; Aurora Diaz <auroradiaz08@yahoo.com>; Diane Bealls <dianetemplin@sbcglobal.net>; Alicia Singh <singh.alicia@hotmail.com>; Ana Cohen <mommieanie@aol.com>
Sent: Sat, Mar 24, 2012 5:58 am
Subject: Slightly Revised Emergency Letter to Judge Carter

Just a few grammatical changes....probably needs more---I haven't stayed up all night in over a month like this---Julia Gelb made it all possible! You know, Attorney Diane Beall, in a really well-organized Police State run by the banks and lawyers, you shouldn't allow people like me to have a computer AT ALL---just pencils in our padded cells---doesn't that sound safer?

*Charles Edward Lincoln, III*
*"Ich bin der Geist der stets verneint"*
*Deo Vindice/Tierra Limpia*
*http://charleslincoln3.wordpress.com*
*Telephone: 512-968-2500*
*E-mail: lincoln_for_california@rocketmail.com*
*In case of emergency call Peyton Yates Freiman (Texas)*
*at 512-968-2666 or e-mail freimanthird@gmail.com*

*Matthew 10:34-39*
**Think not that I am come to send peace on earth: I came not to send peace, but a sword.** *For I am come to set a man at variance against his father, and the daughter against her mother, and the daughter in law against her mother in law.* **And a man's foes shall be they of his own household.**
*He that loveth father or mother more than me is not worthy of me: and he that loveth son or daughter more than me is not worthy of me.* **And he that taketh not his cross, and followeth after me, is not worthy of me.** *He that findeth his life shall lose it: and he that loseth his life for my sake shall find it.*

# Exhibit B:
# Charles Edward Lincoln III's
# E-mail exchange with Julia Gelb,
# Responding to Diane Beall
# March 25, 2012

| | |
|---|---|
| **Betreff:** | Re: Slightly Revised Emergency Letter to Judge Carter |
| **Von:** | Charles Edward Lincoln, III (lincoln_for_california@rocketmail.com) |
| **An:** | julia.gelb@gmail.com; |
| **CC:** | attorneydianebeall@gmail.com; mackassoci@aol.com; equityarchitect@gmail.com; menc eightyone99@yahoo.co.uk; freimanthird@gmail.com; singh.alicia@hotmail.com; mommiea |
| **Datum:** | 18:16 Sonntag, 25.März 2012 |

With apologies, Dear Julia:

Diane is trying to destroy me and my work concerning mortgages in California, and she has allied herself with our blackest enemies to do so.

By her writings submitted to the court after I recommended you work with her, she has all but destroyed 1072 and threatened my life's work and even my freedom. I can only hope at this stage she has received her 30 pieces of silver and bought a nice plot of land with some good strong trees on it.

To be sure, I am angry and disgusted with Diane. I told you I had reservations about her because of the history of 1072. But what I'm writing about Diane right now is as much about the survival of 1072 and indicting the California State Bar and what Diane and her associates like Dennis Martin Russell have done to me and Renada, among others, as anything else.

Please remember how it came to pass that you started working with Diane. You very sweetly but extremely naively offered me $1000 plus a new suit to appear on your behalf in Court. I told you that while some rights are easily assignable as "choses in action" your marital rights were not assignable, and that my history with the family Courts in Texas (and more recently with you, Kim, and Melinda on the radio) would likely haunt you if you even tried to have me come into Court with you. I told you that having me as a key issue in your divorce or post-divorce proceedings would not be advantageous to you at all.

I recommended Diane to you because she, although racially and ethnically Anglo-Saxon (Western and Central European Germanic) more like me, belongs to a group called "The Twelve Tribes" that seeks to rebuild the bridge between Christianity and Judaism.

I also was still hoping at that point that I could bring Diane back to 1072 by showing her *at that stage* (in January of this year before her filings with Judge Carter) that I had no malice against her and that I was still willing to send her paying clients, as I had promised her I would do as part of our deal in October 2010 when I agreed to be her office manager for an office that never came into existence in Santa Ana.

At that office I was going to interview and screen her clients. You were among the most perfect clients I could ever have found for Diane. Offering you as a client to Diane was like offering her an olive branch of peace, rich with ripe and juicy olives too.

What Diane has now done to me, and worse, to all the other Plaintiffs in 1072, is to make a mockery of the attorney-client relationship (and not coincidentally of herself) is to make me and my work the central target for the defendants in 1072.

They can all now laugh at us as a rag-tag band of buffoons. Instead of focusing attention on the very serious constitutional and equitable issues in the case, they (the Defendants) can now focus on me in particular and the relationship between Diane and me secondarily.

After what Diane has written, the best hope for the Plaintiffs in 1072 may well be that the defense counsel will all be laughing so hard at us that they will be paralyzed and start choking, that they will literally die laughing.

I had hoped that your relationship with Diane would make her see that I was still willing to do all the things we had agreed on nearly a year and a half ago that never came to fruition. Instead, shortly after you retained her, Diane filed not one but two documents in 1072 which render me impotent and establish her as

my biggest critic and opponent among the members of the State Bar of California. Where Orly went into court and on radio on my behalf, before turning against me and attacking me, but my relationship with Orly was of a personal and not merely professional nature, as you know (in fact as everybody knows).

Diane has done nothing but (1) absolutely nothing for 15 months followed by (2) two blistering attacks both filed with the court. (3) she now threatens even more as she tries to save her own neck and reputation as a pro-credit consumer, pro homeowner advocate and constitutionalist when she is anything but that.

"I'm really very sorry for you all, but it's an unjust world, and virtue is triumphant only in theatrical performances."
Charlie Lincoln, III
512-968-2500

On Mar 25, 2012, at 5:21 PM, Julia Gelb <julia.gelb@gmail.com> wrote:

Charles, I just read your email and would like to ask you that you would reconsider and withdraw all the charges against Diane.... You recommended Diane as my attorney and she has been very instrumental in my family case, I have a hearing coming up April 4th...and I am hoping that Diane would continue to help me.... If you do not find it in your heart to forgive her then please do it as a favor for me... Thank you, Julia

Sent from my iPhone

On Mar 24, 2012, at 5:14 PM, Diane Beall <attorneydianebeall@gmail.com> wrote:

YOUR LETTER NEEDS TO ONIT ANY REFERENCE TO ME- MORE THAN A FEW GRAMMATICAL CHANGES. wHAT DOES JULIA GELB HAVE TO DO W THIS?

On Sat, Mar 24, 2012 at 5:58 AM, Charles Edward Lincoln III
<lincoln_for_california@rocketmail.com> wrote:

Just a few grammatical changes....probably
needs more---I haven't stayed up all night in
over a month like this---Julia Gelb made it all
possible!

You know, Attorney Diane Beall, in a really
well-organized Police State run by the banks
and lawyers, you shouldn't allow people like
me to have a computer AT ALL---just pencils
in our padded cells---doesn't that sound
safer?

**Charles Edward Lincoln, III**
*"Ich bin der Geist der stets verneint"*
**Deo Vindice/Tierra Limpia**
**http://charleslincoln3.wordpress.com**
*Telephone: 512-968-2500*
*E-mail: lincoln_for_california@rocketmail.com*
*In case of emergency call Peyton Yates Freiman (Texas)*
*at 512-968-2666 or e-mail freimanthird@gmail.com*

**Matthew 10:34-39**
**Think not that I am come to send peace on earth: I came not
to send peace, but a sword.** *For I am come to set a man at variance
against his father, and the daughter against her mother, and the
daughter in law against her mother in law.* **And a man's foes shall
be they of his own household.**
*He that loveth father or mother more than me is not worthy of me: and
he that loveth son or daughter more than me is not worthy of
me.* **And he that taketh not his cross, and followeth after me,
is not worthy of me.** *He that findeth his life shall lose it: and he
that loseth his life for my sake shall find it.*

# Exhibit C:
# Declarations Submitted by Charles Edward Lincoln III and Renada Nadine March in Response to this Court's Order to Show Cause re: Non-prosecution on September 30, 2011

# Exhibit A:
# Declaration of Charles Lincoln

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
AND REQUEST FOR JUDICIAL NOTICE OF LEGAL
MALPRACTICE

-12-

*Charles E. Lincoln, Plaintiff, pro se*
*c/o Peyton Yates Freiman*
*603 Elmwood Pl., #6, Austin, TX 78705*

## Declaration of Charles Edward Lincoln, III

1.      My name is Charles Edward Lincoln. I was born April 10, 1960. I received a Ph.D. from Harvard University in 1990 and a J.D. from the University of Chicago in 1992. I was a judicial extern to the Honorable Stephen Reinhardt of the United States Court of Appeals for the Ninth Circuit, sitting in Los Angeles, during the academic year 1988-1989 and a judicial law clerk to the Honorable Kenneth L. Ryskamp, hired in April 1991 for a term ending in September 1993.

2.      While employed as an associate at the firm of Cadwalader, Wickersham, & Taft I participated in the preparation of the first SEC registration statement for a mortgage backed security obligation in 1993-1994, and have been a student of and critical opponent of securitized mortgage backed derivatives ever since that time.

3.      I am the original Plaintiff in this case as the owner of 4 Via Corbina in Rancho Santa Margarita, Orange County, California, illegally evicted by Silverstein's private henchmen under color of law on or about September 16, 2009, and deprived of substantial movable personal property including books, legal documents, and my United States passport, all after a judicial proceeding in Orange County Superior Court of which I had received no notice.

4.      I attach my U.S. Criminal Complaint as Exhibit (1) to this Declaration, and request that Steven D. Silverstein, Ron Elter, their unnamed employees, and Sandra Hutchens and unknown deputies be prosecuted for violations of 18 U.S.C. §§241, 242, 1341, 1343, 1962(a), 1962(b), 1962(c), and 1962(d).

5.      I have studied California Civil Code 2924-2934 *et seq.* and all related statutes and their construction and application by the California Courts and concluded that these statutes are designed to circumvent and destroy the common law of contractual integrity, especially privity of contract and holder-in-due course doctrines, and that the California non-judicial foreclosure system thereby created is a monstrous

1  violation of and infringement upon all the rights described by and in 42 U.S.C.

2  §§1981 and 1982.

3  6.    I have also studied United States Code Title 28, Section 1443 and 1447(d), as

4  well as Title 42 U.S.C. Sections 1981 and 1982, and concluded that the continued

5  judicial application and construction of these statutes along racially discriminatory

6  lines is anathema to the letter and spirit of the Fourteenth Amendment as well as

7  inconsistent with *Richmond v. Croson, Adarand v. Peña,* and all other recent

8  Supreme Court opinions and jurisprudence on equal protection.

9  7.    For all the reasons outlined in Renada Nadine March's Declaration submitted

10  on this same date, September 29, 2011, and for many others, I have consistently

11  sought representation by legal counsel in this case.

12  8.    As this Court is well aware, I began this case while working as an employee

13  and associate of Dr. Orly Taitz in Rancho Santa Margarita, and Dr. Orly Taitz had

14  originally agreed to represent me in this case and did in fact represent me briefly in

15  related but never concluded state court litigation.

16  9.    After Dr. Taitz' betrayal and breach of contract and fiduciary duty, I sought to

17  represent myself, always aware that to the degree I assisted my co-Plaintiff Renada or

18  anyone else, some might suspect or accuse me of the unauthorized practice of law.

19  10.    By and through Renada Nadine March I came to know Attorney Diane Beall.

20  I had always been a great fan of the movement which created the American

21  Independent Party and nominated Alabama Governor George Corley Wallace in

22  1968, to become the last third party candidate in United States History (and the only

23  such candidate since Strom Thurmond in 1948) to win an appreciable number of

24  states and electoral votes in that election against Richard Milhous Nixon and Hubert

25  Horatio Humphrey. I believed that Diane Beall and I could work well together.

26  11.    I attempted to recreate, with Attorney Diane Beall, some elements of the

27  plans I had formulated with Dr. Orly Taitz, except that Diane Beall was, if anything,

28

*Declaration of Charles Edward Lincoln, III* - 2 -

even more financially strapped and struggling at the time than I was, so unlike Dr. Taitz, she could offer no financial or logistical support to the project.

12.     Nonetheless, however, Diane Beall told me that she had the ability to get an office opened in Santa Ana at which I could work with and for her as a law clerk to improve our mutual financial and professional status.

13.     This was the heart and substance of my agreement with Diane Beall: she would represent me, then open her office in Santa Ana, Orange County, and I would manage it. It was a faint echo and a far cry from what I had envisioned and carefully planned with Orly, but it was something.

14.     Furthermore, Diane Beall agreed with my analysis of California Civil Code §2924 et seq., as well as of the need to remove the racial bias both from Civil Rights Removal and from the essential Civil Rights to Contract and Access to Courts to protect interests in property statutes, 42 U.S.C. §§1981-1982.

15.     She claimed that she looked forward to building her political career and standing based on the advocacy of these positions and of her role in changing the mortgage foreclosure crisis in California, of which she herself was also a victim.

16.     Diane Beall loves ballroom dancing and so I met her most often at dancing events in various parts of Southern California.  At one of these meetings in late October 2010, about one month after the filing of our Third Amended Complaint, Diane finally signed all the necessary papers to enter her appearance as my attorney.

17.     Part of our plan was that she would assist me in editing and drafting and reformulating a Fourth Amended Complaint, preferably before Thanksgiving but in any case by early December 2010, and we represented these plans to the Court in the only papers she ever filed.

18.     These events all took place after Dennis Martin Russell had betrayed Renada Nadine March, as described in her declaration, and after Dan Mack was evicted, as described in his, but before Renada herself was evicted.

*Declaration of Charles Edward Lincoln, III*  - 3 -

19.   We all believed that Diane would eventually appear on behalf of all of us, although she had specifically offered and accepted only to appear on behalf of me and offered but not reached a final agreement with Joseph & Ana Cohen, or Dan and Claudia Mack.

20.   From the time that Diane Beall signed on as my attorney, she refused ever to meet and discuss strategy and only demanded that I pay her money, despite the fact we had never agreed on any retainer fee or hourly wage, forgetting completely the plans to open an office together which I would manage in Santa Ana or elsewhere and of my working for her.

21.   Diane Beall never in fact gave me any clients to work with nor any work on client cases.  I travelled back East in November & December where I suffered health (cardiac) problems while in Annapolis, Maryland, visiting my son at St. John's College.  I then spent December 21-February 2, 2010-2011 convalescing in my old family hometown of New Orleans, Louisiana.

22.   Instead, Diane Beall almost immediately went to work for an out-of-state attorney, Paul Nguyen (pronounced "Wen"), who had won a rather strange if pyrrhic victory concerning his home in Los Angeles against JP Morgan Chase in front of Judge Howard Matz, who appeared to have engineered the case as some sort of demonstration from start-to-finish.

23.   Paul Nguyen almost immediately started to pressure Diane Beall not to work with me or any of the Plaintiffs in the present case 8:09-cv-01072-DOC-E.

24.   I met with Paul Nguyen exactly once, in or about early February 2011, and he made it absolutely clear that he did not want to get involved in this case.

25.   Diane meanwhile made it absolutely clear that Paul Nguyen wanted to prevent her from working with me.

26.   Diane and I could not reach any agreement about anything.  Diane knew that I had sued Orly and she was afraid I might sue her.  I asked her to work with us to

*Declaration of Charles Edward Lincoln, III* - 4 -

save the case.  She absolutely and positively refused to do anything and put all the blame on Paul Nguyen.  She has, of course, always had the option of seeking to withdraw from this case by a unilateral motion, but she wanted me to release her from liability before she would withdraw.

27.    In fact, I  know that Diane had no money, at least until she started working with Paul, but I think that Paul Nguyen was guilty of tortiously interfering with my contract with Diane and he claimed to have made a great deal of money and had a great deal of success in fighting mortgage foreclosures in both California and his home state of New York, so I saw no point in letting Diane off the hook until, now, it has become obvious that she has impeded the progress of this case, never drafting or filing even a single document, for almost one whole entire year.

28.    In my opinion, this Court should issue an Order to Show Cause to Diane Beall and Paul Nguyen why they should not be sanctioned for professional incompetence and gross dereliction of duty and irresponsible behavior of the most extreme kind.

29.    Diane Beall never calls except to ask for money, even though she and I had no written retainer agreement and she has been saying that Paul Nguyen demands that she quit working for me all the time.

30.    Diane Beall has breached her fiduciary duties of professional competence, diligence, loyalty, and communication, all in violation of both the California Rules of Professional Conduct and the California Business & Professions Code.

31.    It was improper for this Court to dismiss my claims against Steven David Silverstein prior to ruling on the Constitutionality of California Civil Code §§2924-2934 *et seq.* as well as the related provisions for judicial eviction, and the provision of California law which discriminate against pro se litigants.

32.    Similarly, the closely related questions of whether Civil Rights Removal to challenge this statute on grounds other than statutory racial bias should be allowed as

a consequence of post-*Richmond v. Croson, Adarand v. Peña* jurisprudence, and whether the racially charged language "same rights as White citizens" should be stricken forever and all purposes from the statutes 42 U.S.C. §§1981, 1982, each take factual, historical, logical and theoretical priority before the decision of the claims against Steven D. Silverstein, Ron Elter, GRE, Megladon Financial, L.L.C., DNE Associates, and similar entities, all of which are closely related and may be (in effect) mere alter-egos of Steven D. Silverstein.

33.    While it may be a general rule that Constitutional issues should be deferred unless absolutely necessary, in the present case, the Plaintiffs' case cannot be accurately or fairly or even meaningfully resolved in terms of *Rooker-Feldman* or *Younger v. Harris* abstention doctrines when massive questions regarding the systematic statutory deprivations of federally secured rights.

34.    In the present case, the constitutional questions must be decided first, and this Court accordingly should vacate its orders of January 27, 2011 and March 15, 2011.

35.    I finally ask this Court to discharge Diane Beall as my attorney for any and all purposes in this case, but not without binding her over to show cause why her conduct was consistent with her professional and fiduciary responsibilities.

36.    I have suffered from several episodes of ill-health (cardiac problems) all year and the other plaintiffs in this case have suffered from major economic and residential dislocation directly relating to the facts and circumstances giving rise to this case.

37.    The Court should also summon Joseph & Ana Cohen to Court to determine their status.  They have engaged in an ongoing feud this year with a "co-traveler" of our, namely Aurora Isadora Diaz.

38.    Plaintiff in this case should have at least another 90 days (until December 31, 2011) to effect final service on all parties in accord with the Court's Order of August 30, 2011.

*Declaration of Charles Edward Lincoln, III* - 6 -

1    I have made this declaration of and from my own personal knowledge,
2    information, and belief under penalty of perjury pursuant to 28 U.S.C. §1746 within
3    the Central District of California, executing the same in the City of Long Beach,
4    California on Thursday, September 29, 2011.

5    Done and Executed:

_____

Charles Edward Lincoln, III, Plaintiff

*Declaration of Charles Edward Lincoln, III  - 7 -*

# Exhibit (1)
# Criminal Complaint
# Against
# Steven D. Silverstein
# Ron Elter
# GRE Developments
# Sandra Hutchens

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of California  ▾

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Steven David Silverstein, Ron Elter, unnamed Officers & Directors of GRE Development, Sandra Hutchens, Sheriff of Orange County | ) ) ) | Case No. 8:09-cv-01072-DOC-E |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 30 2009-December 31 2009___ in the county of ___Orange___ in the

___Central___ District of ___California___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 241 | Civil Rights Violations by Sandra Hutchens, Steven David Silverstein, Ron Elter, unnamed Officers & Directors of GRE Development |
| 18 U.S.C. 242 | Conspiracy to Violate Civil Rights between Sandra Hutchens, Sheriff of Orange County, Steven David Silverstein, Ron Elter, unnamed O & D of GRE |
| 18 U.S.C. 1341 | Use of mail (false delivery of service of process to conceal litigation) in August 2009 (Steven D. Silverstein) |
| 18 U.S.C. 1343 | Use of telephones and wires to execute and effect scheme to defraud of interest in real property July 1 2009-December 31 2009 (Steven D. Silverstein) |
| 18 U.S.C. 1962(a)(b)(c)(d) | Racketeer Influenced & Corrupt Organizations Violations among all parties |

This criminal complaint is based on these facts:

I hereby incorporate by reference all of the previous sworn statements I have filed in this case and 08-cv-01334-DOC and all my allegations which I have verified in any and all pleadings and motions, including but not limited to the present declaration.  Orange County Sheriff's deputies routinely have acted in excess of lawful authority as a matter of custom.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Charles Edward Lincoln III-Natural Born Amer. Citizen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

# Exhibit B:
# Declaration of
# Renada Nadine March

*PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE*
*AND REQUEST FOR JUDICIAL NOTICE OF LEGAL*
*MALPRACTICE*

-13-

*Charles E. Lincoln, Plaintiff, pro se*
*c/o Peyton Yates Freiman*
*603 Elmwood Pl., #6, Austin, TX 78705*

## Declaration of Renada Nadine March

1.      My name is Renada Nadine March.  I was born November 16, 1960, in Grand Rapids, Michigan, and am a natural person resident in Orange County, California, since about 1982, and at all times relevant to this Complaint.

2.      I make this declaration in respectful response to the Court's Order to Show Cause entered on August 30, 2011.  I oppose the dismissal of this case because none of the Court's orders have addressed any of my claims whatsoever.

3.      I am a Plaintiff in the present action 09-cv-01072-DOC, because in or about January of 1995, I purchased my home at 7 Bluebird Lane in Aliso Viejo, Orange County, California 92656.

4.      I applied for purchase money credit and maintained a mortgage in the amount of $167,000.00, which was the purchase price, which I refinanced twice (last time with Ocwen and GMAC, which then transferred and carried or claimed in the name of Indymac which was taken over by OneWestBank in or about 2008.

5.      I attached a complete, true and complete and fully executed copy of my Notice of Rescission pursuant to California Civil Code §§1691-1695 as Exhibit A to the Third Amended Complaint which we filed in this case on September 22, 2010, and I cite, reallege, and incorporate the full text of that exhibit with all attachments, including the deeds, and the complete forensic audit by Charles J. Koppa completed July 18, 2010, as if the same were fully copied and restated in this Declaration in Response to the Court's August 30, 2011 Order to Show Cause to avoid repetition of many historical facts here.  The copy filed with the Court on September 22, 2010, was not a certified copy from the Orange County Recorder's Office, but is in exactly the same form as was accepted and approved by the attorneys for the Orange County Recorder's Office.

6.      I object to the dismissal of this case also because I notice that this Court did not evaluate or Rule on my Notice of Rescission, and I expect and respectfully

*Declaration of Renada Nadine March*  - 1 -

request that this Court should decide and adjudge, issue a ruling and decree, concerning the validity of my Notice of Rescission and how it effects the relationship between the parties and the validity of the alleged transfer of title in the October 30, 2009, trustee's sale to Meglodon Financial L.L.C. (Meglodon appears to be a misspelled reference to "Megalodon", the largest shark in recorded fossil history, and a reference to Steven David Silverstein's favorite insignia).

7.     This Court is quite familiar with my efforts to stave off eviction in the aftermath of this alleged October 30, 2009 "sale", in which I joined with Plaintiff Charles E. Lincoln in filing suit against Silverstein in this Court, then filed a series of several bankruptcies and removals pursuant to the civil rights provisions of 28 U.S.C. §1443(1), a racially neutral, color-blind statute which has been improperly, illogically, and I think utterly immorally construed by the Courts as available only to African-American victims of expressly racist statutory discrimination.

8.     None of my civil rights removals pursuant to 28 U.S.C. §1443(1) ever "stuck" long enough to resolve the key issue I sought to bring to this Court's attention: that California Civil Code §§2924 *et seq.* is a vast statutory scheme in the state of California designed to infringe upon and in fact to extinguish all the common law rights to make and enforce contracts and to have access to the courts and give evidence in support of such contracts, especially for the acquisition of interests in property, which rights are the same as those guaranteed by 42 U.S.C. §§1981, 1982.

9.     On or about June 4, 2010, this Court, during one of my removals (8:10-cv-00516-DOC-E), entered an order that the Court would hear argument concerning the reasons why race should not be applied in the construction of civil rights removal and stricken from the civil rights contract, property, and access to courts statutes cited above. (See Exhibit (1) to this Declaration: Document 16 Filed 06/04/10).

10.     In a later order this Court strongly suggested that no further removals would be tolerated unless filed by a licensed attorney.

*Declaration of Renada Nadine March*  - 2 -

11. Steven D. Silverstein and his attorney Larry Rothman had raised the question of whether either Charles Edward Lincoln, III, or I were engaged in the unauthorized practice of law.

12. Our former co-Plaintiff, Christyna Lynn Gray, who disappeared mysteriously at about the end of December 2009, apparently filed an affidavit with this Court (which was never served on us, but which we discovered through PACER) in which she falsely stated that Charles Lincoln had led her to believe that he was a licensed attorney. I was with Charles when he first met Christyna and her (activist) mother and Charles not only said no such thing, but was aware that Christyna was employed by the Department of Homeland Security and told her "you could get in trouble for hanging out with characters like me."

13. A friend of mine, Aurora I. Diaz, was warned sometime during the Spring of 2010, I believe in March, in Commissioner Glen Mondo's Court in Westminster, that I was engaged in the unauthorized practice of law and that she should not be associating herself with me; he was trying to intimidate her.

14. Another friend, Richard E. Mendez, has also been threatened repeatedly with charges of unauthorized practice of law for helping people in eviction situations in Orange County.

15. For all these reasons, in the midst of what seems to be a nationwide, and certainly a local Southern California, catastrophe brought on by unfair, oppressive, and illegal mortgage foreclosure and eviction practices, apparently with the support at least of the State government, and perhaps of some Federal agencies and programs as well, we felt "besieged" in the middle of a very hostile environment, and believed that to retain an attorney would be in our best interests, and such discretion might constitute the better part of valor.

16. During the Spring of 2010, Charles spent a great deal of time in Florida but I was here, and I met Diane Beall, an attorney and Candidate for California Attorney

*Declaration of Renada Nadine March*  - 3 -

General as candidate nominated by the American Independent Party. Charles said that he was very fond of some of the history and former candidates of the American Independent Party, and we engaged Diane Beall in negotiations for representation. Diane Beall at that time was already representing another mutual friend, Catherine Bryan, in the U.S. Southern District (San Diego).

17.    Diane Beall never appeared on my behalf in any proceeding, but I thought we became friends and I saw her on several occasions throughout 2010 and talked to her about strategy on the telephone. She had arranged to refer clients in foreclosure cases and ultimately to form a partnership with Dennis Martin Russell of Beverly Hills, who in turn was closely associated with (now disbarred) Attorney Michael Pines.

18.    During July or August of 2010, Charles published on his blog ("Tierra Limpia — http://charleslincoln3.wordpress.com) an advertisement asking for an attorney to represent me in my final removal case (after this Court's warning and in the aforementioned hostile environment) and within a week or two, Dennis Martin Russell responded and I met and entered into negotiations with him for representation.

19.    It was critical to our plan that whoever we hired, whatever attorney agreed to represent us, would agree to address the issues regarding the elimination of race as a factor in deciding civil rights removal and construing the equal rights provisions of 42 U.S.C. §§1981-1982 in a racially neutral and color-blind manner, so that all U.S. Citizens should be deemed to have the same rights, rather than pitting black against white in some sort of false and immoral competition for the equality which the very mention of racial categories tends to defeat.

20.    During July of 2010, I had an automobile accident and as a result of the settlement I had received $5,000.00 I would not otherwise have had (although I had many expenses which I could not meet).

*Declaration of Renada Nadine March*  - 4 -

21.     During August 2010, I retained Dennis Martin Russell, but only after he had spoken to Charles and agreed with me that he would represent me both in the present case, 8:09-cv-01072-DOC-E, and in my final removal.  These terms were specified in a written contract which I will provide to the Court at a later date (my records having become more than a little bit jumbled after the events of November 16, 2010).

22.     The purpose and terms of my retainer of Dennis Martin Russell could not possibly have been clearer: he was to advance the Constitutional issues which Charles and I had developed together over the previous year, but which I felt unable to articulate effectively before the Court.  We spoke expressly and intensively about the Constitutional issues and Catherine Bryan attended several of our meetings in Beverly Hills.

23.     Prior to Dennis Martin Russell, I had hired another attorney from a law firm in San Diego who accepted a retainer but then returned it because they had no one available with the proper credentials or experience to represent me.

24.     I had also solicited the representation of Eugene Volokh of the U.C.L.A. law school but he said he did not accept litigation cases.

25.     Dennis Martin Russell, 9595 Wilshire Boulevard, Suite 900, Beverly Hills, California 90210, as this Court is well aware, entered an appearance in my final removal case, but did nothing more, and then (September 5, 2010) referred my case to Michelle Monroe of the Law Office of Alex Benedict for Michael Pines who filed one final bankruptcy on my behalf, which was a totally frivolous filing and basically a disaster doomed to fail.

26.     After accepting my money, Dennis Martin Russell stated on several occasions that he would not have anything to do with Charles Edward Lincoln, despite having answered his ad and spoken to him on at least two occasions and reviewed all our constitutional pleadings and motions.

*Declaration of Renada Nadine March  - 5 -*

27.    Dennis Martin Russell never even entered an appearance in the present case, 8:09-cv-01072-DOC-E, for which I had hired him.  He utterly betrayed the purposes for which I had retained him at great sacrifice to myself and my mother.  I submit to the Court that he accepted and extracted money from me by fraudulently promising to implement the Constitutional theories which Charles and I had developed when he had no intention of ever doing anything.

28.    Dennis Martin Russell had also promised to represent me in my unlawful detainer case when the last bankruptcy and removals had finally expired.   He promised to file an appeal and obtain a trial de novo with discovery, but he did nothing.  He also suggested filing a new complaint in Federal Court, but he never did anything of the kind.  So far as I know, he never even began the research or drafting of any documents on my behalf at all.  I have requested a full refund of the money I paid him, which he agreed to do after my eviction, but in fact he never provided even a single penny of refund.

29.    During all the past year, I have had no disposable income to invest in the prosecution of this case.  I had counted on Dennis Martin Russell to carry this case forward, although in retrospect I am sure he never had any intention of doing so.

30.    The only glimmer of a doubt I have regarding Dennis Martin Russell's original intentions to represent me according to our oral agreement and written contract is that Russell told me immediately after filing his notice of representation in the Removal Case that he had conversations with Larry Rothman, Steven D. Silverstein's attorney in the present case, and that Rothman had threatened him with sanctions and other unspecified consequences if he represented me, and Russell immediately then suggested strongly that I drop both the Removal and the present case 8:09-cv-01072-DOC-E.  If this was a reason for Russell's breach of contract, it was both cowardly and unprofessional in the extreme, and he should have returned the $5,000.00 immediately.

*Declaration of Renada Nadine March* - 6 -

31.   For all these reasons, I am filing a complaint for wire fraud against Dennis Martin Russell together with this Complaint and I ask this Court to approve and initiate prosecution of this man for having made false promises over the telephone and e-mail (including a written contract) all of which were part and parcel of a scheme systematically to defraud me of $5,000.00 in violation of 18 U.S.C. §1343. See Exhibit (2) to this Declaration.

32.   I was finally evicted according to Silverstein's plan, effected by and through the Orange County Courts & Sheriff's office, on my birthday, November 16, 2010.

33.   Since that time my mother and I have moved a total of eight times, between the two of us, making our lives close to a living hell for almost a solid year now. We now have been sharing a room together in a private home for six months. The hardship we have suffered has been extreme, especially considering my mother's age and physical condition.

34.   The circumstances of my eviction and of the interaction between Cory Cramin, Steven D. Silverstein, and the Orange County Sheriff's Office lead me to believe that a conspiracy to violate my civil rights for the purposes of furthering Steven D. Silverstein's and Meglodon's program of racketeering in real estate.

35.   I have filed, and attach as Exhibit (3) to this Declaration, my criminal complaint which I ask this Court to sign and authorize as a prosecution of Cory Cramin, Sandra Hutchens, and Steven D. Silverstein for civil rights violations and racketeering, and I ask this Court at the very least to consider my attached Complaint and the contents of this declaration in support of the Civil R.I.C.O. allegations of our Third Amended Complaint.

36.   In sum, my issues and questions have not even been superficially addressed in the litigation of this case.

37.   I believe that I am the victim of a substantial, long-term, and still-ongoing episode of criminal conduct first by Judge Cory Cramin, Sandra Hutchens, and

*Declaration of Renada Nadine March* - 7 -

Steven D. Silverstein, as well as a much shorter, but possibly derivative and related, scheme to defraud by Dennis Martin Russell, "Esq."

38.   I ask this Court to approve and initiate the criminal complaint I have signed and tendered against the parties named here and in the Complaint attached and authorize the arrest and prosecution of the responsible parties.

39.   I ask this Court to recognize my complaints in support of the R.I.C.O. allegations of our Third Amended Complaint.

40.   I finally ask this Court to discharge Diane Beall as the sole attorney for any Plaintiff in this case and to allow us (all the Plaintiffs) at least another 90 days (until December 31, 2011) to effect final service on all parties in accord with the Court's Order of August 30, 2011.

I have made this declaration of and from my own personal knowledge, information, and belief under penalty of perjury pursuant to 28 U.S.C. §1746 within the Central District of California, executing the same in the City of Long Beach, California on Thursday, September 29, 2011.

Done and Executed:

_____
Renada Nadine March, Plaintiff

*Declaration of Renada Nadine March*  - 8 -

# Exhibit (1)
# Judge Carter's Civil Minutes
# Order of June 4, 2010
# (Document 16)
# In
# 8:10-cv-00516-DOC-E

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 10-516 DOC (Ex)                                Date: June 4, 2010

Title: MEGLODON FINANCIAL, LLC v. RENADA NADINE MARCH

---

### DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]

Date:_____    Deputy Clerk: _____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

_Stephanie Mikhail_                           _Not Present_
Courtroom Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                    NONE PRESENT

---

PROCEEDING (IN CHAMBERS): CLARIFYING SCOPE OF REMAND HEARING

      The Court is in receipt of Defendants Renada Nadine March and Fay March's Notice of Intention to Call Live Witnesses for the June 14, 2010 hearing regarding the Order to Show Cause why this action should be remanded.

      Defendant Fay March asserts that this action should be removed on the basis of 28 U.S.C. § 1334 and 28 U.S.C. § 1443(1). Defendant Renada Nadine March has previously removed this same action, and the Court rejected her Section 1443 removal claim on the basis that she failed to allege that the civil rights being denied are being denied in terms of racial equity. _See Meglodon Financial, LLC v. Renada Nadine March_, Case No. SACV 10-00260 DOC (Ex), Dkt. 20.

      This same deficiency plagues her current removal. Therefore, the Court will hear legal argument as to why the civil rights removal statute should not be construed as requiring the violation of rights in terms of racial equity. The Court will also hear argument as to the propriety of removal under 28 U.S.C. § 1334. These are not fact-intensive inquiries, and the calling of witnesses is not appropriate. Should the Court be persuaded by the legal argument, it will schedule an evidentiary hearing at a later

MINUTES FORM 11 DOC                            Initials of Deputy Clerk enm
CIVIL - GEN                                     Page 1 of 2

time should such a hearing be necessary.

The Clerk shall serve this minute order on all parties to the action.

# Exhibit (2)
# Criminal Complaint
# Against
# Dennis Martin Russell

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of California ▾

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Dennis Martin Russell, Esquire**<br>**Attorney-at-Law**<br>**Beverly Hills, California** | ) Case No. 8:09-cv-01072-DOC-E<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 1 2010-November 16 2010___ in the county of ___Los Angeles and Orange___ in the

___Central___ District of ___California___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1343 | .Use of telephones and wires to execute and effect scheme to defraud of $5000.00 |

This criminal complaint is based on these facts:

Dennis Martin Russell and I communicated by telephone and exchanged documents by e-mail and fax for just under four months between August 1, 2010 and sometime after November 16, 2010. By his use of the wires and other facilities of interstate commerce, Dennis Martin Russell engaged in a complex scheme to defraud me of $5,000.00 by making false promises. He also caused me extreme grief and injury to my business and property interests.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

___Renada Nadine March, Natural Born American Citizen___
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____          _____
                                                          *Judge's signature*

City and state: _____          _____
                                                                  *Printed name and title*

# Exhibit (3)
# Criminal Complaint
# Against
# Steven D. Silverstein
# Cory Cramin
# Sandra Hutchens
# Two Unnamed Orange County Deputies

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California  ▾

| | |
|---|---|
| United States of America<br>v.<br>Steven D. Silverstein, Cory Cramin, Sandra Hutchens, R. Martini, One Unnamed Orange County S.C. Judge & One Unnamed Orange County Deputy<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 8:09-cv-01072-DOC-E |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 30 2009-November 16 2010  in the county of _____ Orange _____ in the

___ Central ___ District of ___ California ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 241 | Civil Rights Violations under Color of Law |
| 18 U.S.C. 242 | Civil Rights Conspiracy under Color of Law |
| 18 U.S.C. 1962(a) | Silverstein utilizing and reinvesting racketeering proceeds in racketeering |
| 18 U.S.C. 1962(b) | Cory Cramin & Sandra Hutchens acting as principals in racketeering activity |
| 18 U.S.C. 1962(c) | Cory Cramin, Sandra Hutchens, R. Martini, one unnamed Orange County S.C. Judge & Unnamed Deputy acting as employees in racketeering activity |
| 18 U.S.C. 1962(d) | Cory Cramin, Sandra Hutchens, R. Martini, one unnamed Orange County S.C. Judge & Unamed Deputy acting as conspirators in racketeering activity and operation of racketeering enterprise under direction of Silverstein. |

This criminal complaint is based on these facts:

I hereby incorporate all the factual allegations contained in my Declaration of September 29, 2011 attached hereto and ask the court to approve this complaint and initiate the immediate criminal prosecution of Steven D. Silverstein, Corry Cramin, Santra Hutchens, R. Martini, one unnamed Orange County Superior Court Judge-white female, and one unnamed Orange County Deputy-male.  I have seen Silverstein agreeing and privately conversing withOrange County judges extra judicially, as have many others.  The Orange County Sheriff's Deputies know these evictions are illegal.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Renada Nadine March, Natural Born American Citizen
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____

_____
_Judge's signature_

City and state: _____

_____
_Printed name and title_