**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 09-1072 DOC (Ex)					Date: March 30, 2012

Title: CHARLES EDWARD LINCOLN III, ET AL. -V- STEVEN D. SILVERSTEIN, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:		ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT						NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING UNOPPOSED MOTIONS TO DISMISS

      Before the Court are Motions to Dismiss filed by Defendants JP Morgan Chase Bank, N.A. and California Reconveyance Corporation (Docket 102) and Defendant Sheriff Sandra Hutchens (Docket 116). Plaintiffs' Oppositions, if any, were due on March 12, 2012. At present, Plaintiffs have not filed any opposition.

      Accordingly, pursuant to Local Rule 7-12, these Motions are hereby GRANTED AS UNOPPOSED. Plaintiff's Complaint is hereby DISMISSED as to Defendants JP Morgan Chase Bank, N.A., California Reconveyance Corporation and Sandra Hutchens.

      This case has been pending since 2009 and the Court has been extremely generous in providing Plaintiffs with extra time and multiple chances for leave to amend. Plaintiff's complete failure to respond to the aforementioned Motions to Dismiss is unacceptable in light of the Court's generosity. Plaintiffs have run out of extra chances in this litigation, such that it is appropriate to dismiss the claims against JP Morgan Chase Bank, N.A., California Reconveyance Corporation and Sandra Hutchens WITH PREJUDICE.

      The Clerk shall serve this minute order on all parties to the action.