1

2

3

4                                          JS-6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   CHARLES EDWARD LINCOLN, III, et al.      )
                                              )
11                                            )
                        Plaintiff,            )
12                                            )
         -v-                                  )    Case No.    SA CV 09-1072-DOC(Ex)
13                                            )
     .                                        )
14   THE STATE OF CALIFORNIA, et al.          )
                                              )    ORDER DISMISSING CIVIL ACTION
15                      Defendants.           )
     _____ )

16

17        The Court having issued an Order on October 17, 2011, setting a deadline to serve

18   remaining defendants by January 17, 2012 and the Court not having received proofs of service,

19   the following defendants are ordered dismissed from this action: John Murk, Dianne D'Agnolo,

20   Cal-Western Reconveyance, Dennis Stacy, Coldwell Banker,  Chistopher Archuleta, Megladon

21   Financial LLP, Atlas Properties Real Estate, James Radwan, Rochelle Matkin Trustee Corps,

22   Russell Bell, Quality Loan Service Corp, First Newport Properties LLC, Jerry Brown, Eric Holder,

23   John Rampello, Arnold Alois Schwarzenegger, AEGIS  Wholesale Corporation, Edmund G.

24   ////

25   ///

26   ///

27   ///

28   ///

1  Brown, IndyMac Bank, Lighthouse Trust #11, Catherine H. Meyer LLC, MTC Financial, Paul

2  Margoilis, Kenneth Meyer, NJB Investment LP, National T.D.Service, Wells Fargo Bank

3  Corporation and Catherine H. Meyer.

4

5

6

7  IT IS SO ORDERED:

8

   DATED: April 25, 2012

9
                                                    _David O. Carter_
10                                                 _____
                                                   DAVID O. CARTER
                                                   United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28